**Defendant: Lindsey Maness**

**IP:** 98.245.76.1
**ISP:** Comcast Cable
**Location:** Golden, CO

| Title | Hash | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|---|
| Silvie Eufrat Strip Poker | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | 02/06/2012 | 02/17/2012 | 02/13/2012 23:43:19 |
| Veronika Coming Home | FDA166688F0C01B464E716460F22A96E7D40A27C | 01/25/2012 | 02/03/2012 | 02/14/2012 05:59:44 |
| Anneli Leila Menage A Trois | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | 01/13/2012 | 01/17/2012 | 02/14/2012 06:50:48 |
| Like The First Time | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | 02/29/2012 | 02/29/2012 | 03/05/2012 05:46:19 |
| Wild at Heart | 13B89AF447970117973164BC21042E58DFEF5DC4 | 04/08/2012 | 04/09/2012 | 04/18/2012 02:36:10 |
| Roommates | 71DF1D6A4106665A52739C87E445B0CD6537F81D | 04/10/2012 | 04/11/2012 | 04/18/2012 02:44:32 |
| Veronica Wet Orgasm | 59448198C43090645093E37289900D8EBB4D4D04 | 10/05/2011 | 11/23/2011 | 04/18/2012 02:46:35 |

**Total Statutory Copyright Infringements for Defendant Lindsey Maness:  7**

EXHIBIT A

CO68