**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1873-RBJ

MALIBU MEDIA, LLC,

    Plaintiff,
v.

LINDSEY MANESS,

    Defendant.
_____/

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent copyright infringement case related to the cases listed below, which were filed by undersigned and are currently pending before Magistrate Judge Michael E. Hegarty:

1. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00406-REB-MEH;
2. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00409-REB-MEH;
3. Malibu Media, LLC v. John Does 1-28, Case No. 1:12-cv-00834-DME-MEH;
4. Malibu Media, LLC v. John Does 1-21; Case No. 1:12-cv-00835-REB-MEH;
5. Malibu Media, LLC v. John Does 1-23; Case No. 1:12-cv-00836-MSK-MEH;
6. Malibu Media, LLC v. John Does 1-10; Case No. 1:12-cv-00837-PAB-MEH;
7. Malibu Media, LLC v. John Does 1-17; Case No. 1:12-cv-00839-PAB-MEH;
8. Malibu Media, LLC v. John Does 1-16; Case No. 1:12-cv-00840-PAB-MEH;
9. Malibu Media, LLC v. John Does 1-11; Case No. 1:12-cv-00843-MSK-MEH;
10. Malibu Media, LLC v. John Does 1-6; Case No. 1:12-cv-00845-MSK-MEH;
11. Malibu Media, LLC v. John Does 1-9; Case No. 1:12-cv-00846-WYD-MEH;
12. Patrick Collins, Inc. v. John Does 1-12; Case No. 1:12-cv-00848-REB-MEH;
13. Patrick Collins, Inc. v. John Does 1-6; Case No. 1:12-cv-00849-PAB-MEH;

2

14. Malibu Media, LLC v. John Doe; Case No. 1:12-cv-00885-WYD-MEH;

15. Malibu Media, LLC v. Fantalis et al; Case No. 1:12-cv-00886-MSK-MEH;

16. Patrick Collins, Inc., et al., v. Boussetta, et al.; Case No. 1:12-cv-00887-REB-MEH

17. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00908-MSK-MEH;

18. Raw Films, Ltd. v. John Does 1-9; Case No. 1:12-cv-00909-REB-MEH;

19. Raw Films, Ltd. v. John Does 1-7; Case No. 1:12-cv-00910-PAB-MEH;

20. Malibu Media, LLC v. John Does 1-33; Case No. 1:12-cv-01394-WYD-MEH;

21. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01395-REB-MEH;

22. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01404-CMA-MEH;

23. Malibu Media, LLC v. John Does 1-5; Case No. 1:12-cv-01405-WJM-MEH;

24. Malibu Media, LLC v. John Does 1-14; Case No. 1:12-cv-01406-REB-MEH;

25. Malibu Media, LLC v. John Does 1-54; Case No. 1:12-cv-01407-WJM-MEH;

26. Malibu Media, LLC v. John Does 1-15; Case No. 1:12-cv-01408-REB-MEH;

27. Patrick Collins, Inc. v. John Does 1-15; Case No. 1:12-cv-01409-CMA-MEH;

28. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01411-REB-MEH;

29. Patrick Collins, Inc. v. John Does 1-10; Case No. 1:12-cv-01412-WJM-MEH;

30. Malibu Media, LLC v. Bill S. Felitti, et al.; Case No. 1:12-cv-01522-WJM-MEH;

31. Patrick Collins, Inc. v. John Does 1-23; Case No. 1:12-cv-01641-MSK-BNB;

32. Patrick Collins, Inc. v. John Does 1-32; Case No. 1:12-cv-01642-CMA-MEH; and

33. Patrick Collins, Inc. v. John Does 1-18; Case No. 1:12-cv-01643-MSK-MEH.

Dated: July 20, 2012

3

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*

3