# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:12-CV-01873-RBJ-MEH

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**LINDSEY MANESS**

For:
 Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO  80163

Received by Accurate Legal Support Services, LLC on the 14th day of August, 2012 at 4:44 pm to be served on **LINDSEY MANESS AKA LINDSEY VANCE MANESS JR, 12875 W 15th Dr, Golden, CO 80401**.

I, ASHLEY D SWEET, being duly sworn, depose and say that on the **26th day of August, 2012 at 6:29 pm**, I:

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL, AND EXHIBITS** to: **CHRIS MANESS** at the persons place of **Abode**, at the address of: **12875 W 15th Dr, Golden, CO 80401** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 20,  Sex: M,  Race/Skin Color: WHITE,  Height: 5'8,  Weight: 160,  Hair: BLACK/BROWN,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 27th day of August, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires:

**ASHLEY D SWEET**
Process Server

Accurate Legal Support Services, LLC
2329 W Main St
Suite 203
Littleton, CO 80120
(303) 933-8772
Our Job Serial Number: GRI-2012023670

Service Fee: $45.00