IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-01873-RBJ-MEH | Date:   October 10, 2012 |
| Courtroom Deputy:    Ellen E. Miller | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                                                      Jason A. Kotzker

     Plaintiff,

v.

LINDSEY MANESS,                                                        *Pro Se*

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS  CONFERENCE**
**Court in session:**    9:51 a.m.
Court calls case.  Appearances of Plaintiff's counsel and *Pro Se* Defendant.

Status of the case is discussed.  Defendant advises the Court  he anticipates retaining counsel.
It is noted the deadline for defendant to file his answer or otherwise respond to Plaintiff's
Complaint [Docket No. 1] is **OCTOBER 17,  2012.**

Defendant notes he brought to court  his laptop  which is  available for examination by Plaintiff's
counsel.

Hearing concluded.

**Court in recess:**    9:56 a.m.
Total time in Court:    00:05

The Court addressed these related cases,  set for conferences this afternoon, at this time:

| | |
|---|---|
| 12-cv-01866-MSK-MEH | 12-cv-01871-REB-MEH |
| 12-cv-01867-MSK-MEH | 12-cv-01872-RBJ-MEH |
| 12-cv-01868-WJM-MEH | 12-cv-01873-RBJ-MEH |
| 12-cv-01869-PAB-MEH | 12-cv-01875-REB-MEH |
| 12-cv-01870-MSK-MEH | 12-cv-01876-REB-MEH |