# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01873-RBJ-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LINDSAY MANESS,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF LINDSAY MANESS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant Lindsay Maness from this action <u>without prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff hereby consents to having its case closed for administrative purposes.

Dated: October 15, 2012

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                /s/ *Jason Kotzker*
                                                Jason Kotzker