IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-01873-RBJ-MEH | Date: November 28, 2013 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

MALIBU MEDIA, LLC,                                                    Jason Kotzker

     Plaintiff,

vs.

LINDSEY MANESS,                                                       David Kerr

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING – Defendant's Motion for Attorney's Fees (Doc. 24, filed 11/13/12)**

**Court in session:**     10:30 a.m.

Court calls case. Appearances of counsel. Defendant Lindsey Maness is present.

10:40 a.m.     Lindsey Maness is sworn, examined by Mr. Kotzker, questioned by the Court, and cross-examined by Mr. Kerr.

11:16 a.m.     Witness is excused.

Discussion regarding the motion.

**The Court takes the motion under advisement.**

**Court in recess:**     12:05 p.m.   (Hearing concluded)
**Total time in court:**  1:35